# Court of Appeals
## of the State of Georgia

ATLANTA, October 17, 2023

*The Court of Appeals hereby passes the following order:*

**A24E0022. 466 THACKERAY PLACE INDUSTRIES LLC et al. v. BROTHERS CARPENTRY AND PAINTING, LLC.**

On September 26, 2023, the Superior Court of Fulton County entered a default judgment against Frederick Rucker, Jr. in his individual capacity in the lawsuit that Brothers Carpentry and Painting, LLC brought against him and two limited liability companies for which he serves as managing member, 466 Thackeray Place Industries LLC and 6-Sigma Consulting, LLC. Proceeding pro se, Rucker has now filed an "Emergency Petition for a Writ of Mandamus/Appeal" in this Court. Rucker's petition fails to satisfy the standard for emergency relief set forth in Court of Appeals Rule 40 (b) or the standard for mandamus relief set forth in Court of Appeals Rule 40 (c). Accordingly, Rucker's petition, to the extent that it was filed in his individual capacity, is hereby DENIED.

Rucker, in his capacity as managing member, also seeks to bring this emergency motion on behalf of 466 Thackeray Place Industries LLC and 6-Sigma Consulting, LLC. However, because Rucker is not a licensed attorney, he cannot represent those limited liability companies before this Court. See *Redan Shops v. FSFP Atlanta*, 366 Ga. App. 691, 692, n. 2 (883 SE2d 902) (2023); *Winzer v. EHCA Dunwoody*, 277 Ga. App. 710, 713-714 (3) (627 SE2d 426) (2006). Consequently, to the extent that Rucker seeks to file an emergency motion on behalf of those

1

companies, the motion is hereby DISMISSED.  See *Odion v. Avesis*, 327 Ga. App. 443, 445 (2) (759 SE2d 538) (2014).



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,__10/17/2023_____*

        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*